10-50604

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

MICHAEL A. GOTTSON,          §

          Plaintiff,          §          CLERK, U.S. DISTRICT COURT
                                         WESTERN DISTRICT OF TEXAS
                                         BY_____
                                         DEPUTY CLERK

                                         **JUN 2 1 2010**

VS.                           §          CIVIL ACTION NO
                                         SA-09-CA-0381-FB

ALBERT GOTSON, JR.,          §
ET AL.M                       §          Filing Date: 6/3/01

          §

          Defendants.        §

          §

          §

MOTION FOR RECONSIDERATION &
PLAINTIFF'S NOTICE OF APPEAL

        Notice is hereby given that Michael A.
Gotson, plaintiff in the above-entitled matter,
appeals to the United States Court of Appeals
for the Fifth Circuit from the final judge-
ment/order entered in this action on 5/25/01.
        Plaintiff sued multiple parties and raised
multiple legal claims. The court dismissed all of
plaintiff's claims (defendants (without prejudice)
with final order, therefore the plaintiff may
appeal said decision/order/judgement. McGuckin,
v. Smith, 974 F. 2d 1050, 1053 (9th Cir. 1992).
        As required pursuant to Rule 3 (A), Fed. R.
App. P. As stated, all of plaintiff's claims were dis-
missed (with the exception of his claim against
FEGLI), as such, plaintiff appeals the dismissal
of the (BANK DEFENDANTS & CLAIMS) thereto And
the dismissal of (OPM & CLAIMS) thereto. These
two defendants acted under the color of state
law as public employees. one, state, And the
other, federal employee. They acted under

2.

law as public employers (one a state employee
and the other a federal employee. They acted
under color of state/federal laws while act-
ing in their official capacities, and while
exercising their responsibilities as bank employ-
ees/bank owner and OPM case manager/OPM
Agency (provider of benefits for U.S. Civil Service
Employees and their families). West v. Atkins,
487 U.S. 42, 50, 108 S. Ct. 2250 (1988); accord,
Monroe v. Pape, 365 U.S. 167, 184, 81 S. Ct. 473 (1961).
This is even "moreso true" because they as pub-
lic employees/Federal Agency and a Financial
Institution Abused and exceeded their Authority
"while violating the law." Monroe v. Pape, 365
U.S. At 184 (Quoting United States v. Classic, 313-
U.S. 325, 326 (1941); accord, West v. Atkins, 487 U.S.
At 50; Brown v. Miller, 631 F. 2d 408, 411 (5th Cir. 1980).
The Supreme Court has also equated "color of
law" with the "pretense" of law. Screws v. United
States, 325 U.S. 91-111, 65 S. Ct. 1031 (1945);
accord, Dang Vang v. Vang Xiong X. Toyed, 944 F2d
476, 479 (9th Cir. 1991).

Plaintiff's death claim/survivor's benefits
were denied by illegal/unlawful, Racial discrimitory
practices and procedures by (OPM-Judy Gaiser),
which was a joint act and/or conspiricy, an act
under color of federal law. Dennis v. Sparks,
449 U.S. 24, 27-28, 101 S. Ct. 183 (1980). Plaintiff's
Survivor benefits, and/or Mrs. Gotson's re-
tirement annuities in the sum of over 875,000.00.
was denied to the plaintiff, illegally & unlaw-
fully, and "Stolen, not depleted... from Mrs.
Gotson" as a direct result of the MUNICIPAL
POLICIES, PRACTICES AND CUSTOMS of (OPM)
AND J.P. Morgan Chase Bank, which Constitutes

3.

their liability, pursuant to 42 U.S.C. §1983. Monell v. New York City Dept. of Social Services, 436 U.S. at 690-91. See Also Redman v. County of San Diego, 942 F.2d 1435, 1445 (9th Cir. 1991). Also is the fact that (OPM) is responsible for providing retirement benefits to/for U.S. Civil Service Employees/Retirees and their surviving family-members. The FEGLI Dept. is only responsible for providing [LIFE INSURANCE COVERAGE / HEALTH INSURANCE COVERAGE] and [BENEFITS] / proceeds. Over 85% of the plaintiff's Survivor's benefits, and Mrs. Grotson's Retirement benefits are in / under the direct responsibility and jurisdiction of (OPM). OPM's denial of plaintiff's Survivor's benefits violated plaintiff's Constitutional rights, because said denial was illegal and unlawful. Pursuant to 42 U.S.C. §1983:

> Every person who, under color of any statute, ordinance, regulation, custom, or usage of any state, Territory, or District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws shall be liable to the party injured in an action at law, suit in equity, or other proper proceedings for redress.

As such, plaintiff may sue (OPM)... (OPM) is liable... Further (the Supreme Court of the U.S.

4

has held that federal statutes may be enforced under § 1983, Maine v. Thiboutot, 448 U.S. 1, +8, 100 S.Ct. 2502 (1980). Federal courts have "federal question" jurisdiction on jurisdiction; 28 U.S.C. § 1331(a).

Federal courts may hear civil rights claims, and other claims based on federal law, against federal officials and employees as part of their "federal question" jurisdiction. OPM (Jury Case is an issue plaintiff

"access" to the remedies (exhaustion on procedures pursuant to 5 U.S.C. § 8347(b); 5 C.F.R. § 831.109(a)/ 5 U.S.C. § 8347(c)(c) and 5 U.S.C.§8403. Simply by providing the plaintiff a processing sum of $51,983 from a fund that Mr. Watson established for Mr. Watson's civil right that have death proceeded with, and by not respon-ding to plaintiff's additional claims (application of the survivor's benefits payment and qual-ified eligibilities to receive survivor's/death claim benefits without Judy Caiseris/opris/Re-sponse on processing of plaintiff's application for payment of his survivor's benefits, there would be/could be/ no legal or tracible denial or pro-cassion of such payments on eligibilities), there-fore plaintiff could not have/would not access or initiate the appeal process (at opm for denied claims. By denying acknowledgement on notification of plaintiff's application for processing his survivor's benefits, and by simply not responding... "access to and the actual exhausting of the administrative/ju-dicial remedies were "illegal and unlawfully denied to the plaintiff as well. Plaintiff was not "allowed to exhaust the required remedies as a part the conspiracy (racial discrimitory

5.

Act) to illegally and unlawfully deny him of his survivors benefits because the plaintiff is/was an African American Citizen, And a Texas State Prisoner, therefore, exhaustion is not/was not required by the plaintiff, See Terrel v. Brewer 935 F. 2d 1015, 1019 (9th. Cir. 1991); accord, McCarthy v. Madigan, 112 S.Ct. At 1087-88; Lyons v. U.S. U.S. Marshals, 840 F. 2d At 205-06 (citing evidence of deficiencies in Administrative procedure supported prisoners claim that remedies were inadequate). See also Antonelli v. Ralston, 609 F.2d 340, 341 (8th Cit. 1979) (questioning whether administrative relief at the prison was possible); Smith v. Carlson, 445 F. Supp. 422, 425 (M. D. Pa. 1978) where (Court held exhaustion would be futile since the Bureau of Prisons claimed that the prisoners transfer was not pursuant to their policy) And See Green v. Nelson, 442 F Supp. 1047, 1052 (D. Conn. 1977) where the Court ruled (Since parole authorities had fail to adopt constitutionally required procedures, exhaustion of existing procedures was not required) which is "identical" to plaintiff's case, in that the procedures utilized to require exhaustion were unconstitutional. Plaintiff was denied the procedures that would lead to Appeal/exhaustion. Judy Gaisers official position and Authority, clothed her with the power and Authority to deny and/or ignore the plaintiff. Applying for said benefits which would inturn keep her from processing said claims or "officially denying" them, which inturn denied the plaintiff claims from OPM and/or access to a procedure that could (would

6.

uncover her actions, and/or provide benefits to the plaintiff. The plaintiff did exhaust remedies to the merit system Protection Board in Washington D.C. Plaintiff appealed the payment of his father's fund (but not his Survivor's benefits rights. The presiding Judge, Mary Ann Ganary would not allow the plaintiff to present his survivors benefits/ death claim benefits at said appeal, only the claim pertaining to the Survivors fund established for his father, by Mrs. Gatison Plaintiffs fathers Survival fund is not/does not qualify as death claim benefits/survivors benefits for natural children of a deceased (Retired Civil Service Employee.

As such, because of the facts, laws and authorities, plaintiff request the Court reconsider, reverse, modify its decision (Order entered on 5/05/01 to Accept the memorandum and Recco mendation of the U.S. Magistrate and issue a new order, that will enable the plaintiff to bring suit pursuant to 42 U.S.C. 1983 against Defendants (OPM) Judy Gatier, JP Morgan Chase, its employees and John Doe, John Doe account owners for their actions. If the court denies plaintiffs motion hereto, the plaintiff respectfully submits this document as his notice of appeal.

Respectfully Submitted

Michael A. Gatison

28 U.S.C. § 1746 DECLARATION:

I the undersign being the plaintiff in the above
and foregoing cause do hereby declare under
penalty of perjury that the aforesaid MOTION
FOR CONSIDERATION & PLAINTIFF'S NOTICE OF APPEAL
is correct and true to the best of my know-
ledge and that it is declared on this the 3rd
day of June, 2010

[Signature]

Michael A. Gottson
# 00733144

CERTIFICATE OF SERVICE:

I the undersign being the plaintiff in the
above and foregoing cause do hereby certify
that a correct and true copy of my:
MOTION FOR RECONSIDERATION & PLAINTIFF'S
NOTICE OF APPEAL has been served by placing the
same in the W.P. Clements Unit's External mail-
ing system on this the 3rd day of June, 2010,
Addressed to: Clerk, U.S. District Court, West-
ern District of Texas, John H. Wood Jr, U.S.
Courthouse, 655 E. Durango Boulevard, San
Antonio, Tx 78206-1106

[Signature]

Michael A. Gottson
# 00733144
W. P. Clements Unit
9601 Spur 591
Amarillo, TX 79107-9606

Michael A. Gottson
#00933144
W.P. Clements Unit
9601 Spur 591
Amarillo, TX 79107-9606

June 3, 2010          Civ. Action No. SA-09-CA-0381-
                     FB

Clerk U.S. District Court
Western District of Texas
John H. Wood Jr, U.S. Courthouse
655 E. Durango Bouelevard
San Antonio, Tx 78206-1106

Dear Clerk:

      Please find enclosed 1 one original copy
of my motion for Reconsideration &
Plaintiff's Notice of Appeal to be filed
in and under the above Civil Action Cause.
I would appreciate your Acknowlegement
of receipt by returning a copy to me Stamped
(filed marked).

                  Thanking you in Advance

                  Michael A. Gottson

Jerald D. Gratton
FJW-1#
I.P. Claments Unit
9601 Spur 591
Amarillo, TX 79107-9606

RECEIVED
JUN 21 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT...
BY _____ DEPUTY CLERK

Clerk, U.S. District Court
Western District of Texas
John H. Wood Jr. U.S. Courthouse
655 E. Durango Boulevard
San Antonio, TX 78206-1100



**10-50604**

INTAPP

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CIVIL DOCKET FOR CASE #: 5:09-cv-00381-FB-JWP

Gottson v. Gotson et al
Assigned to: Chief Judge Fred Biery
Referred to: Judge John W. Primomo
Demand: $0
Lead Docket: None
Related Cases: None
Cases in other court: None
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 5/13/2009
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**
------------------------

**Michael Anthony Gottson**

represented by **Michael Anthony Gottson**
00733144
Clements Unit
9601 Spur 591
Amarillo, TX 79107-9606
PRO SE

V.

**Defendant**
-----------------------

**Albert Gotson, Jr.,** *50% Heir to the Land/Homestead and Estate of the Deceased Albert Gotson, Sr. and Margie E. Gotson (the parents of the Plaintiff)*
*TERMINATED: 5/25/2010*

**J.P. Morgan Chase of J.P. Morgan Chase Bank**
*TERMINATED: 5/25/2010*

**M. Tracy Lewis,** *Executive Specialist at J.P. Morgan Chase Bank*
*TERMINATED: 5/25/2010*

**John Doe/Jane Doe,** *Checking*

*Account Agent at J.P. Morgan Chase*
*Bank*
*TERMINATED: 5/25/2010*

**John Doe/Jane Doe**, *Joint Owner of*
*Checking Account #11210008175 at*
*J.P. Morgan Chase Bank*
*TERMINATED: 5/25/2010*

**Kay Cole James**, *Director of U.S.*          represented by   **John F. Paniszczyn**
*(OPM) Office of Personnel*                                        U.S. Attorney's Office
*Management*                                                       601 N.W. Loop 410, #600
*TERMINATED: 5/25/2010*                                            San Antonio, TX 78216-5512
                                                                  (210) 384-7325
                                                                  Fax: (210) 384-7312
                                                                  Email: john.paniszczyn@usdoj.gov
                                                                  *TERMINATED: 8/26/2009*
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Judy Gaiser**, *Case Manager at (OPM)*         represented by   **John F. Paniszczyn**
*TERMINATED: 5/25/2010*                                            (See above for address)
                                                                  *TERMINATED: 8/26/2009*
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**John Doe/Jane Doe**, *DOE - Director*
*of the Federal Employess*
*TERMINATED: 5/25/2010*

**Group Life Insurance**
*TERMINATED: 5/25/2010*

**Janice Payne**, *Case Manager at the*
*(FEGLI), sued in her individual and*
*official capacities*
*TERMINATED: 5/25/2010*

**United States of America**                     represented by   **Clayton R. Diedrichs**
                                                                  U.S. Attorney's Office
                                                                  601 NW Loop 410
                                                                  Suite 600
                                                                  San Antonio, TX 78216
                                                                  (210)384-7310
                                                                  Fax: 210/384-7312
                                                                  Email: clayton.diedrichs@usdoj.gov
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| | | MOTION to Proceed in forma pauperis by Michael Anthony Gottson. Motions |

| 5/13/2009 | 1 | referred to Judge John W. Primomo. (ga) (Entered: 5/15/2009) |
|---|---|---|
| 5/13/2009 | 2<br>2<br>2 | COMPLAINT, filed by Michael Anthony Gottson. (Attachments: # (1) Cover letter and envelope, # (2) Civil Cover Sheet)(ga) (Entered: 5/15/2009) |
| 5/13/2009 | 3 | Memorandum in Support of [2] Complaint by Michael Anthony Gottson. (ga) (Entered: 5/15/2009) |
| 5/13/2009 | 4 | MOTION Issuance of Summons and Complaint by U.S. Marshal's Service by Michael Anthony Gottson. Motions referred to Judge John W. Primomo. (ga) (Entered: 5/15/2009) |
| 6/5/2009 | 5 | ORDER Directing Monthly Payments be made from Prison Account of Michael A. Gottson. The Clerk shall file plaintiff's complaint without prepayment of fees or costs. No initial partial filing fee shall be required; however, the plaintiff's custodain shall forward monthly payments from plaintiff's inmate trust fund account to the Clerk in the amount of twenty percent (20%) of the preceding month's income credited to plaintiff's account, until the full amount of the $350 is paid. The Clerk shall mail a copy of this Order to the TDCJ Office of the General Counsel and to the TDCJ Local Funds Division. Plaintiff is directed to file and amended complaint by June 30, 2009. Plaintiff's motion for issuanceof summons and complaint by the U.S. Marshal's Service shall be Granted. The Clerk shall prepare summons for service on defendant United States of America and deliver the summons with a copy of the complaint to the U.S. Marshal for service on the U.S. Attorney General, the Director of the Office of Personnel Management and to the Acting U.S. Attorney, Western District of Texas. Signed by Judge John W. Primomo. (pjr, ) (Entered: 6/8/2009) |
| 6/5/2009 | 6 | REPORT AND RECOMMENDATIONS re [2] Complaint filed by Michael Anthony Gottson. Signed by Judge John W. Primomo. (Mailed on 6/8/09 by certified mail or sent via electronic transmittal.)(ga) (Entered: 6/8/2009) |
| 6/8/2009 | 7 | Summons Issued as to U.S. Attorney, U.S. Attorney General and Director of the Office of Personnel Management in accordance with Order and Advisory (doc. #5). (pjr) (Entered: 6/8/2009) |
| 6/8/2009 | | Remark: Copy of Order (doc. #5) sent by first class mail to the TDCJ Office of the General Counsel and to TDCJ Loacl Funds Division. Summonses, USM-285 Forms, copies of Order (doc. #5) and Complaint (doc. #2) forwarded to the U.S. Marshal's Office for service. Three (3) packets placed in the distribution box for the U.S. Marshal's Office. (pjr) (Entered: 6/8/2009) |
| 6/15/2009 | 8 | Receipt of certified mail doc #6 directed to Michael Anthony Gottson. (rf) (Entered: 6/15/2009) |
| | | |

| 6/15/2009 | 9 | Certified mail acknowledgment receipt for magistrate report and recommendations re [6] Report and Recommendations as to Michael Anthony Gottson. (rf) (Entered: 6/15/2009) |
|---|---|---|
| 6/19/2009 | 10 | ADVISORY TO THE COURT by Kay Cole James, Judy Gaiser. (ga) (Entered: 6/22/2009) |
| 6/19/2009 | 11 | SUMMONS Returned Executed by Michael Anthony Gottson as to Eric H. Holder, Jr., Attorney General using certified mail. (ga) (Entered: 6/22/2009) |
| 6/19/2009 | 12 | SUMMONS Returned Executed by Michael Anthony Gottson. Kay Cole James and Judy Gaiser served on 6/10/2009, answer due 8/10/2009. (ga) (Entered: 6/22/2009) |
| 6/23/2009 | 13 | SUMMONS Returned Executed by Michael Anthony Gottson. John Berry, Director of OPM served on behalf of Kay Cole James and Judy Gaiser on 6/12/2009. (ga) (Entered: 6/24/2009) |
| 6/29/2009 | 14 14 | OBJECTION to [6] Report and Recommendations by Michael Anthony Gottson.. (Attachments: # (1) Cover Letter plus envelope)(ga) (Entered: 6/30/2009) |
| 8/6/2009 | 15 | Remark - Request for U.S. Marshals Service expenses in the amount of $42.96 (ga) (Entered: 8/7/2009) |
| 8/6/2009 | 16 | ORDER that plaintiff is directed to file the amended complaint by 8/21/2009. Upon plaintiff's filing of his amended complaint, the Clerk is directed to prepare summons and deliver to US Marshal for service. Signed by Judge John W. Primomo. (ga) (Entered: 8/7/2009) |
| 8/21/2009 | 17 17 | AMENDED COMPLAINT against United States of America amending [2] Complaint., filed by Michael Anthony Gottson. (Attachments: # (1) Cover letter and envelope)(ga) (Entered: 8/25/2009) |
| 8/24/2009 | 18 18 | Plaintiff's Amended Relief/Damage Claims by Michael Anthony Gottson (Attachments: # (1) Cover letter and envelope)(ga) (Entered: 8/25/2009) |
| 8/26/2009 | 19 | Notice of Substitution of Counsel: (Paniszczyn, John) (Entered: 8/26/2009) |
| 9/17/2009 | 20 | Letter/Correspondence from Michael Anthony Gottson. (ga) (Entered: 9/18/2009) |
| 9/30/2009 | 21 | Summons Issued as to United States of America, U.S. Attorney and U.S. Attorney General and John Berry. Director of the Office of Personnel Management. (ga) (Entered: 9/30/2009) |

| | | |
|---|---|---|
| 9/30/2009 | | Remark - Summons and USM-285 forms along with a copy of Order #16 and Amended Complaint doc. #17 forwarded to US Marshal for service. (ga) (Entered: 9/30/2009) |
| 10/16/2009 | 22 | SUMMONS Returned Executed by Michael Anthony Gottson. United States of America (US Attorney) served on 10/13/2009, answer due 12/12/2009. (ga) (Entered: 10/19/2009) |
| 11/6/2009 | 23 | SUMMONS Returned Executed by Michael Anthony Gottson. United States of America (US Attorney General) served on 10/15/2009. (ga) (Entered: 11/9/2009) |
| 11/30/2009 | 24 24 | MOTION to Appoint Counsel by Michael Anthony Gottson. (Attachments: # (1) envelope). Motions referred to Judge John W. Primomo. (ga) (Entered: 12/1/2009) |
| 12/3/2009 | 25 | ORDER re [24] MOTION to Appoint Counsel filed by Michael Anthony Gottson. Plaintiff should answer the attached questionnaire and return it for filing no later than 12/17/09. Signed by Judge John W. Primomo. (ga) (Entered: 12/4/2009) |
| 12/11/2009 | 26 | *Defendant's* ANSWER to [17] Amended Complaint by United States of America.(Diedrichs, Clayton) (Entered: 12/11/2009) |
| 12/15/2009 | 27 | MOTION to Amend/Suppliment & Add Defendants/Request for Service by U.S. Marshal's Office by Michael Anthony Gottson.. Motions referred to Judge John W. Primomo. (rf) (Entered: 12/15/2009) |
| 12/18/2009 | 29 | RESPONSE to [25] Order by Michael Anthony Gottson. (rf) (Entered: 12/22/2009) |
| 12/21/2009 | 28 | ORDER DENYING [27] Motion to Amend/Aupplement. Signed by Judge John W. Primomo. (ga) (Entered: 12/21/2009) |
| 12/28/2009 | 30 | ORDER DENYING [24] Motion to Appoint Counsel. Signed by Judge John W. Primomo. (ga) (Entered: 12/28/2009) |
| 12/28/2009 | 31 | SCHEDULING ORDER: ADR Report Deadline due by 3/23/2010. Amended Pleadings and Joinder of Parties due by 4/23/2010. Discovery due by 6/23/2010. Dispositive Motions due by 7/23/2010. Trial date will be determined at a later date by the Court. Signed by Judge John W. Primomo. (ga) (Entered: 12/29/2009) |
| 2/24/2010 | 32 | WRITTEN OFFER OF SETTLEMENT by Michael Anthony Gottson (rf) (Entered: 2/24/2010) |
| | | ADR Report Filed - CONSENT to Alternate Dispute Resolution (ADR) by |

| 3/25/2010 | 33 | United States of America(Diedrichs, Clayton) (Entered: 3/25/2010) |
|---|---|---|
| 3/25/2010 | 34 | NON-CONSENT to Trial by US Magistrate Judge by United States of America. (Diedrichs, Clayton) (Entered: 3/25/2010) |
| 4/14/2010 | 35 | SUMMONS Returned Executed by Michael Anthony Gottson. United States of America c/o John Berry served on 10/14/2009. (ga) (Entered: 4/15/2010) |
| 4/15/2010 | 36 | NON-CONSENT to Trial by US Magistrate Judge by Michael Anthony Gottson. (ga) (Entered: 4/15/2010) |
| 4/29/2010 | 37 | MOTION for Appointment of Records by Michael Anthony Gottson. Motions referred to Judge John W. Primomo. (ga) (Entered: 4/30/2010) |
| 5/4/2010 | 38 | ORDER DENYING [37] Motion for Appointment of a Records Expert. Signed by Judge John W. Primomo. (ga) (Entered: 5/4/2010) |
| 5/25/2010 | 39 | ORDER ADOPTING REPORT AND RECOMMENDATIONS for [6] Report and Recommendations such that all of plaintiff's claims are DISMISSED WITHOUT PREJUDICE except for plaintiff's claim under FEGLI against the United States of America. Signed by Judge Fred Biery. (ga) (Entered: 5/25/2010) |
| 6/9/2010 | 41 | ORDER STRIKING [40] Motion for Production of Documents. Signed by Judge John W. Primomo. (ga) (Entered: 6/10/2010) |
| 6/17/2010 | 42 | NOTICE of Filing The Plaintiff's Request for Admissions by Michael Anthony Gottson (ga) (Entered: 6/18/2010) |
| 6/21/2010 | 43 43 | MOTION for Reconsideration re [39] Order Adopting Report and Recommendations, by Michael Anthony Gottson. (Attachments: # (1) cover letter and envelope). Motions referred to Judge John W. Primomo. (ga) (Entered: 6/22/2010) |
| 6/21/2010 | 43 43 | NOTICE OF INTERLOCUTORY APPEAL as to [39] Order Adopting Report and Recommendations, by Michael Anthony Gottson. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out Form DKT-13 (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (Attachments: # (1) cover letter and envelope)(ga) (Entered: 6/22/2010) |